NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD L. CARAWAY, WILLIAM T. CLIATT, JOHN W. DENNIS, PAUL A. DIFFENDERFER, JERRY DREADON, DENNIS ZONDERVAN, JOEL A. FORREST, HAROLD R. GAUSMAN, STEPHEN C. HARLESS, BILLY JOYCE, STEVEN W. KIMSEY, STEVEN M. MCCOLLUM, TILTON C. MEUNINCK, FRANCES A. MULKEY, ALAN B. NESBITT, THOMAS W. ROBERTS, BRADLEY G. ROBINSON, DAVID E. STENNER, JOHN R. STIERS, JEFFREY F. VAN HUSS,**
*Plaintiffs-Appellants*

**CHESTER VILE , DARRELL L. DUDLEY,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1322

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00434-CFL, Judge Charles F. Lettow.

---

**JUDGMENT**

GERALD CUNNINGHAM, Law Office of Gerald Cunningham, Pensacola Beach, FL, argued for plaintiffs-appellants.

ALISON VICKS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JAMES R. SWEET, BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 11, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |